[No. 2929-1.    Division One.    September 22, 1975.]

THE CITY OF SEATTLE, *Respondent*, v. ARTHUR HAUGLAND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 66313, Edward E. Henry, J., entered March 8, 1974. *Affirmed in part and remanded* by unpublished opinion per Callow, J., concurred in by Williams, C.J., and Andersen, J.

[No. 1405-3.    Division Three.    September 22, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD JOHN MIDDLEBROUGH III, *Petitioner*.

Appeal from a judgment of the Superior Court for Franklin County, No. 3191, Richard G. Patrick, J., entered January 17, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 1114-3.    Division Three.    September 25, 1975.]

JACK F. DELLAR, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 212503, George T. Shields, J., entered March 5, 1974. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.

[No. 2788-1.    Division One.    September 29, 1975.]

WENDLIN JUNDT, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 765885, Norman B. Ackley, J., entered January 18, 1975. *Affirmed* by unpublished per curiam opinion.